IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00126 MLR |
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL |
| vs. | ) ) | |
| MONTEZ SALAMASINA OTTLEY, (01) JOHN WRIGHT, (03) RANDE SCOTT WORCESTER, (06) | ) ) ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | CR. NO. 99-00544 MLR |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PAUL LAZZARO, | ) ) ) | |
| Defendant. | ) ) | |

<u>DECLARATION OF COUNSEL</u>

     LARRY L. BUTRICK, declares and states under penalty of perjury as follows:

     1.   I am an Assistant U. S. Attorney with the U. S. Attorney's Office for the District of Hawaii. I am the attorney assigned to the above-captioned matters.

     2.   I have contacted Trustee Thomas Hayes who informed affiant that he was hired as trustee for the Cayman Island Investment Program to certify a list of victims for restitution payment from seized assets.

3. Pursuant to the Restitution Orders in the above-captioned matters this Court specified that restitution be paid to, "Victims of the Cayman Islands Investment Program c/o Thomas Hayes, Trustee."

4. I have also been informed by Trustee Hayes that he did certify a list of victims and all seized assets have been forwarded to the United States Marshal's Service for distribution.

5. The United States Marshal has notified affiant that all seized assets have been distributed with the exception of approximately $8,000 which has been held in reserve.

6. Trustee Hayes informed affiant that his services as Trustee have terminated however, pursuant to the above-mentioned Court orders, the Clerk of Court has forwarded restitution payments to him from defendants in the above-captioned matters.

7. I have been informed by the Clerk of Court, United States District Court of Hawaii, that a Court order is required for the Clerk's Office to assume responsibility for the distribution of restitution payments in the above-captioned matters.

       I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

       Executed on April 8, 2008 at Honolulu, Hawaii.

                                    _____
                                      LARRY L. BUTRICK