IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00126 MLR |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | DISBURSEMENT OF FUNDS |
| vs. | ) | |
| | ) | |
| MONTEZ SALAMASINA OTTLEY, (01) | ) | |
| JOHN WRIGHT, (03) | ) | |
| RANDE SCOTT WORCESTER, (06) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CR. NO. 99-00544 MLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL LAZZARO, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS

The Court having considered the United States of America's ex parte motion for an order designating the Clerk of Court to assume responsibility for the distribution of restitution payments and good cause appearing therefor,

IT IS HEREBY ORDERED that Thomas Hayes, the prior Cayman Island Investment Program Trustee, turn over his certified list of victims in the above-captioned matters, along with all associated monies in his possession, to the Clerk of Court, United States District Court of Hawaii. The United States Marshal for the District of Hawaii, is also ordered to turn over

all undistributed funds in the above-captioned matters to the Clerk of the Court, United States District Court of Hawaii. All further restitution obligations in the above-captioned matters will be collected and then distributed by the Clerk of Court.

DATED: _____APR 18 2008_____, at Honolulu, Hawaii.

_____
MANUEL REAL
United States District Judge

USA v. Montez Salamasina Ottley, et al.
Cr. No. 00-00126 MLR

USA v. Paul Lazaro
Cr. No. 99-00544 MLR

"Order Granting Motion for Disbursement of Funds"